```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 11471
   ZORTA S EVANS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2217


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 03/23/2004 and was confirmed 05/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 11/10/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
MIDLAND MORTGAGE CO        CURRENT MORTG        .00          .00            .00
MIDLAND MORTGAGE CO        MORTGAGE ARRE     2336.35         .00        2336.35
UMLI/UM CAPITAL LLC        CURRENT MORTG        .00          .00            .00
UMLI/UM CAPITAL LLC        MORTGAGE ARRE    16010.89         .00       16010.89
CITIBANK NA                UNSECURED      NOT FILED          .00            .00
CITIFINANCIAL INC          UNSECURED        1832.78          .00         183.28
COMMONWEALTH EDISON        UNSECURED      NOT FILED          .00            .00
ERIC M BARNES DDS          UNSECURED      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00          .00            .00
MIDLAND MORTGAGE CO        COST OF COLLE     350.00          .00         350.00
KENNEDY KING COLLEGE       UNSECURED      NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,844.00                    2,844.00
TOM VAUGHN                 TRUSTEE                                      1,365.85
DEBTOR REFUND              REFUND                                         857.84


     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE             23,948.21

PRIORITY                                           .00
SECURED                                      18,697.24
UNSECURED                                       183.28
ADMINISTRATIVE                                2,844.00
TRUSTEE COMPENSATION                          1,365.85
DEBTOR REFUND                                   857.84
                    --------------          --------------
TOTALS              23,948.21                23,948.21
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 11471 ZORTA S EVANS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 11471 ZORTA S EVANS